FILED - GR
November 6, 2008 3:21 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _ald____/_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDON FREDERICK DENNEY

    Defendant.
_____/

No. **1:08-cr-283**

Hon. **Gordon J Quist**
**U.S. District Judge**

**FELONY INFORMATION**

Donald A. Davis, United States Attorney for the Western District of Michigan, charges:

From on or about March 24, 2002, to on or about January 24, 2006, in the Southern Division of the Western District of Michigan,

**LYNDON FREDERICK DENNEY,**

while the Financial Officer of a labor organization, that is, United Papermakers & Paperworkers, AFL-CIO, CLC, Local Union No. 1019, now known as the United Steelworkers of America, did knowingly, willfully, and unlawfully embezzle, steal, and convert to his own use and the use of others approximately $23,627.32 of the money and funds of such labor organization.

**29 U.S.C. § 501(c)**
**29 U.S.C. § 402(i), (j), (n)**

                        DONALD A. DAVIS
                        United States Attorney

                        D. A. Davis